WHITLEY v. WHITLEY

No. 503P98

Case below: 131 N.C.App. 335

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.

WILSON v. DONAYRE

No. 473P98

Case below: 131 N.C.App. 155

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999. Justice Martin recused.

PETITIONS TO REHEAR

ADAMS v. AVX CORP.

No. 151PA98

Case below: 349 N.C. 676

Petition by defendants to rehear pursuant to Rule 31 denied 3 March 1999. Justice Martin recused.

NELSON v. FREELAND

No. 216A98

Case below: 349 N.C. 615

Petition by defendants to rehear pursuant to Rule 31 denied 3 March 1999.